

**ORDERED in the Southern District of Florida on February 28, 2011.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

R. BRADFORD ENGELHARDT,          Case No.10-41156-PGH

                                 Chapter 11

           Debtor.      /

## ORDER GRANTING MOTION TO VALUE PURSUANT TO 11 U.S.C. §506(a) AND TO BIFURCATE PURSUANT TO 11 U.S.C. §506(d)

THIS MATTER came before the Court upon January 11, 2011 at 9:30 am upon Debtors' Motion to Value Pursuant to 11 U.S.C. §506(a) and to Bifurcate Pursuant to 11 U.S.C. §506(d) RE: 120 Lake Arbor Dr., Palm Beach, Florida 33461 [DE #28] and the Court being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1.　　The Motion is GRANTED.

2.　　The collateral securing Mortgage Electronic Registration Systems as Nominee for Countrywide Home Loans d/b/a America's Wholesale Lender's first mortgage on the Debtor's property located at 120 Lake Arbor Drive, Palm Beach, FL 33461 is valued at $68,000.00 and more fully described as:

> A parcel of land in Tract B, of Lakewood of Palm Springs First Addition, according to the Plat thereof, as recorded in Plat Book 33, Pages 25 and 26, of the Public Records of Palm Beach County, Florida said parcel of land being more particularly described as follows:
>
> Commencing at a point in the East Line of said plat of Lakewood of Palm Springs First Addition; said point being in the Northerly right of way line of Arabian Rd., and also the Southwest corner of of the Plat of Lakewood of Palm Springs, according to the plat thereof, as recorded in Plat Book 32, Pages 78 and 79, Public Records, Palm Beach County, Florida:
>
> Thence North 90'00'00" East, along the North right of way line of Arabian Road (a 60 foot road right of way) a distance of 61.26 ft;
>
> Thence North 00'00'00" East, a distance of 1018.52 feet to the Point of Beginning;
>
> Thence North 00'00'00", a distance of 31.00 feet;
>
> Thence North 90'00'00" West, a distance of 36.33 feet;
>
> Thence South 00'00'00" East, a distance of 31.00 feet;
>
> Thence North 90'00'00" East, a distance of 36.33 feet to the Point of Beginning (P.O.B.)
>
> a/k/a Unit 120 of Lakewood Townhouse Project, Unrecorded.

3.   Mortgage Electronic Registration Systems as Nominee for Countrywide Home Loans d/b/a America's Wholesale Lender assigned its interest to Bank of America. BAC Home Loans Servicing, LP filed a Proof of Claim (#10) dated December 9, 2010.

4.   BAC Home Loans Servicing, LP has an allowed secured claim in the amount of $68,000.00 which the Debtor agrees shall be paid including interest at 5.25% in 360 equal monthly payments of $375.50 commencing February 1, 2011.

5.   The balance of BAC Home Loans Servicing, LP's claim shall be treated as unsecured.

6.   The Debtor shall be responsible for payment of his own real estate taxes and for hazard insurance on the subject property in accordance with the terms of the loan documents.

7.   The creditor, BAC Home Loans Servicing, LP has agreed to vote in favor of a Plan of Reorganization and Disclosure Statement with typical and customary terms that comports the terms and conditions set forth above.

8.   The Court retains jurisdiction over this matter to enter such further relief as necessary to enforce this Order.

9.   BAC Home Loans Servicing, LP will have relief from the Automatic Stay should this plan be confirmed.

10. If the Debtor fails to make the payments prior to confirmation by the 10th of each month then Debtor shall receive five business days to cure the default. If payment is not made, BAC Home Loans Servicing, LP can file a Motion for Relief from Stay and request an expedited hearing on the Motion for Relief from Stay.

###

**Submitted by**:
David L. Merrill, Esq.
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
(561) 477-7800
(561) 477-7722 (facsimile)

*David L. Merrill, Esq. is directed to furnish a conformed copy of this order to all appropriate parties immediately upon receipt of same and file a certificate of service with the court.*