IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

R. BRADFORD ENGELHARDT
A/K/A BRAD ENGELHARDT

CASE NO. 10-41156-PGH
CHAPTER 11

Debtor(s)

_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY
PURSUANT TO U.S.C. SECTIONS 362 (d)(1) & (2)**

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB2, by and through its undersigned attorney, moves the Court pursuant to 11 U.S.C., Section §362 (d)(1) & (2), Federal Rule of Bankruptcy Procedure Rule 4001(a)(3) and local rule 4001-1, to terminate, modify or condition the automatic stay in effect under these code and rule provisions. Support for this Motion is set forth as follows:

1.      Debtor(s), R. BRADFORD ENGELHARDT A/K/A BRAD ENGELHARDT, filed a Voluntary Petition for Relief under 11 U.S.C., Chapter 11 on October 13, 2010.

2.	The property that is the subject of this Motion is located at Property Address 363 LAKE ARBOR DRIVE PALM SPRINGS, FL 33461, which is more particularly described as follows:

**SEE ATTACHED EXHIBIT**

3.	Debtor(s) own the above property subject to a Note and Mortgage securing the same dated September 27, 2005, which they executed in favor of Argent Mortgage Company, LLC. Movant now holds the Note and Mortgage. A copy of the loan documents is attached as Exhibit "A" and "B".

4.	Debtor(s) are currently due for the monthly mortgage payment due on March 1, 2009. The principal balance owed on the debt is $147,214.37. Additionally, there is interest and other charges which must be paid to satsify the debt. As of October 22, 2010 the payoff for the account is $178,094.10.

5.	The subject property has an estimated market value of $60,308.00, according to County Records. See Exhibit "C" attached. Debtor has no equity in the property.

6. Debtor(s) pay Movant directly claim in the Chapter 11 Plan.

WHEREFORE, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB2prays that this Honorable Court will enter its order terminating, annulling, modifying, or conditioning the automatic stay as it applies to Movant.

/s/ Daniel C. Consuegra
Law Offices of Daniel C. Consuegra, P.L.
X Daniel C. Consuegra/Florida Bar #371300
  Steve D. Tran/Florida Bar #14822
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 20th day of July, 2011 to R. BRADFORD ENGELHARDT A/K/A BRAD ENGELHARDT, 7660 NEMEC DRIVE, WEST PALM BEACH, FL 33406; DAVID MERRILL,ESQUIRE, 7777 GLADES RD., SUITE 400, BOCA RATON, FL 33434; ; UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130 AND CREDITORS LISTED ON THE 1007(D) PARTIES-IN-INTEREST LIST.

/s/ Daniel C. Consuegra
Daniel C. Consuegra, Esquire